UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SHAKHZOD TULANOV,

Plaintiff,

v.

MARKWAYNE MULLIN, U.S. Department of Homeland Security; JOSEPH B. EDLOW, U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General; KASH PATEL, Director of Federal Bureau of Investigation,

Defendants.

---------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
26-cv-3439

(Garaufis, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
August 18, 2026

SIROTA & ASSOCIATES P.C.
*Counsel for Plaintiff*
128 Brighton 11th Street
Suite 2
Brooklyn, New York 11235

By: */s/ Vladislav Sirota*
Vladislav Sirota, Esq.
(718) 265-5900
info@nywinlaw.com

**So Ordered.**

/s/

**Hon. Nicholas G. Garaufis**
**Date:** 8/24/26